IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY WATSON, </br></br> Petitioner, </br></br> v. </br></br> FRED FIGUEROA, </br></br> Respondent. | ) </br> ) </br> ) </br> ) </br> )   Case No. CIV-08-341-D </br> ) </br> ) </br> ) </br> ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo pursuant to 28 U.S.C. § 636(b)(1) on April 30, 2008. Judge Argo recommends that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus be transferred to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1404(a).

The record reflects Petitioner has neither filed a timely objection to the Report nor requested additional time to object. The Court finds Petitioner has waived further review of the transfer issue and, therefore, adopts the Report and Recommendation [Doc. No. 6] in its entirety.

IT IS THEREFORE ORDERED that this action is transferred to the United States District Court for the District of Colorado.

IT IS SO ORDERED this  3rd   day of June, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE